# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE THOMAS CROUSE,** : | **CIVIL ACTION NO. 1:07-CV-1219** |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **SOUTH LEBANON TOWNSHIP,** : | |
| **JAMES GROSS, and GALEN BOYD,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 13th day of January, 2010, upon consideration of plaintiff's unopposed motion (Doc. 33) for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), as well as the stipulations filed by all defendants concurring in plaintiff's motion, (see Docs. 36, 37), it is hereby ORDERED that:

1. The motion (Doc. 33) for voluntary dismissal is GRANTED and the above-captioned matter is DISMISSED without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. See FED. R. CIV. P. 41(a)(2).

2. The pretrial and trial schedule (Doc. 26) dated October 23, 2009 is VACATED and the parties' motions (Doc. 27, 29) in limine are DENIED without prejudice as moot.

3. The Clerk of Court is instructed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge